## B & D ASSOCIATES ET AL. *v.* ZONING BOARD OF APPEALS OF THE TOWN OF NORTH STONINGTON ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court is dismissed.

*Richard E. Blodgett*, pro se, and *William H. Douglas*, pro se, in support of the petition.

Decided March 27, 1997